IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50064
Conference Calendar

_____

JAMES KARIEM TURNER,

Plaintiff-Appellant,

versus

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
PARDONS AND PAROLES DIVISION,

Defendant-Appellee.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-97-CV-186
- - - - - - - - - - -
August 19, 1998

Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

James Kariem Turner, Texas state prisoner # 645521, appeals from the dismissal of his civil rights complaint for lack of jurisdiction. Turner argues that the court erred in dismissing the complaint on the ground that he lacked standing to sue and that the court abused its discretion in denying class certification. We have reviewed the record and briefs on appeal and AFFIRM the district court's dismissal of Turner's complaint

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and the denial of class certification for essentially the reasons set forth by the magistrate judge and adopted by the district court.  See Turner v. Texas Board of Pardons and Paroles, No. A-97-CA-186-SS (W.D. Tex. Nov. 17, 1997).

AFFIRMED.